UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>DANIEL PARAMO, Warden, R.J. Donovan Correctional Facility,<br><br>Respondent. | No. 1:16-cv-01489-LJO-SKO (HC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY**<br><br>**(Doc. 29)** |

Petitioner Jose M. Lopez is a state prisoner who was proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On September 24, 2018, the Magistrate Judge filed findings and recommendations in which she recommended that the Court deny the motion to issue a certificate of appealability. The findings and recommendations, which were served on Petitioner, provided that objections could be served within thirty days. Although thirty days have passed, Petitioner has not filed

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having carefully reviewed the entire file *de novo*, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly, the Court hereby ORDERS that the findings and recommendations filed September 24, 2018, be adopted in full and the motion for a certificate of appealability be DENIED.

IT IS SO ORDERED.

Dated: __**November 8, 2018**__  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE